UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY & VICINITY DISTRICT
COUNCIL OF CARPENTERS,

                              Plaintiff,

            -v.-

BP INTERIORS, CORP.,

                              Defendant.

24 Civ. 2983 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      Plaintiff's motion for a default judgment, ECF No. 13, is hereby GRANTED.  The case is referred to the designated Magistrate Judge, Judge Katharine H. Parker, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

      The Clerk of Court is directed to terminate ECF No. 13.

      SO ORDERED.

Dated: June 13, 2025
     New York, New York

_____
JENNIFER H. REARDEN
United States District Judge